IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-111-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GORDAN RAY CUSTIS, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's motion to reduce his sentence [D.E. 66].

SO ORDERED. This 6 day of May, 2024.

JAMES C. DEVER III
United States District Judge